# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: AGENCY ADOPTION OF           NO.  2020 CW 0215
D.R.O. AND D.A.O.

**FEBRUARY 28, 2020**

---

In Re:     T.L.H., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 165633.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **STAY DENIED; WRIT GRANTED.** The portion of the trial court's February 13, 2020 judgment which denied the motion for intervention filed by relator, T.L.H., is reversed. Res judicata is inapplicable herein to preclude the granting of the motion for intervention. Moreover, La. Ch. Code art. 1209 allows an intervention in an agency adoption proceeding by persons having a substantial caretaking relationship with the child for one year or longer. Pursuant to the motion to intervene filed by relator, T.L.H., she was the primary custodian of the children for more than one year, and accordingly, should be allowed the right to intervene in this proceeding. Accordingly, relator, T.L.H., is granted leave to intervene in this proceeding.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.